**DISMISS; and Opinion Filed February 22, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01471-CV

**MELISSA BORIS, Appellant**

**V.**

**CRUNCHY ROLLERS, LLC, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-14682**

## MEMORANDUM OPINION

Before Justices Francis, Brown, and Stoddart
Opinion by Justice Brown

Before the Court is appellant's February 9, 2018 motion to dismiss the appeal. In the

motion, appellant states the parties have resolved their dispute and ask us to dismiss this appeal.

Therefore, we grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Ada Brown/
ADA BROWN
JUSTICE

171471F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

MELISSA BORIS, Appellant

No. 05-17-01471-CV      V.

CRUNCHY ROLLERS, LLC, Appellee

On Appeal from the 101st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-17-14682.
Opinion delivered by Justice Brown. Justices Francis and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered this 22nd day of February, 2018.